IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAYMAN LESSONS, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF MILLERSVILLE, TENNESSEE, )<br>)<br>    Defendant. ) | Civil Action No. 3:06-cv-0588<br><br>Judge Thomas A. Wiseman, Jr. |

### ORDER

Before the Court is Plaintiff Layman Lessons, Inc.'s Motion for Attorney Fees and Costs Pursuant to 42 U.S.C. § 1988 (Doc. No. 89), filed along with a memorandum of law and various supporting affidavits, seeking an award of attorney's fees in the amount of $55,570.50 and costs in the amount of $6,156.10. Defendant, the City of Millersville, Tennessee, has filed its Objection to Layman Lessons' motion (Doc. No. 98), and Layman Lessons filed a reply brief (Doc. No. 102). The motion is hereby **GRANTED IN PART** as follows:

As set forth in the accompanying Memorandum Opinion, the Court finds that Layman Lessons is entitled to attorney's fees in the amount of $53,721.50. Layman Lessons' Motion for Attorney Fees is hereby **GRANTED** to that extent.

For the reasons also discussed in the accompanying Memorandum Opinion, the Court declines to rule at this time on Layman Lessons' claim for costs in the amount of $6,156.10, as the plaintiff's bill of costs is presently in the capable hands of the Clerk of Court pursuant to Local Rule 54.01(a).

**It is so ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge